1
2
3
4
5
6
7                        UNITED STATES DISTRICT COURT
8                   FOR THE EASTERN DISTRICT OF CALIFORNIA
9
10  RONALD S. WILSON,
                                              NO. Civ.S-09-2079 LKK/GGH
11          Plaintiff,

12      v.                                **ORDER RE DISPOSAL
                                          DOCUMENTS AFTER
13  LOWE'S HIW, INC, a Washington         NOTIFICATION OF SETTLEMENT**
    Corporation, dba LOWE'S OF
14  VACAVILLE #1143, and DOES ONE
    through FIFTH, inclusive,
15
            Defendants.
16  _____/

17      Counsel for plaintiff has filed a Notice of Settlement in the
18  above-captioned case.  The court now orders that the dispositional
19  documents disposing of the case be filed no later than twenty (20)
20  days from the effective date of this order.
21      All hearing dates heretofore set in this matter are hereby
22  **VACATED.**
23      FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE
24  IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO
25  ////
26  ////

                                     1

1 | <u>CONTRIBUTED TO THE VIOLATION OF THIS ORDER.</u>

2 |     IT IS SO ORDERED.

3 |     DATED:  October 2, 2009.

```
                                   _____
                                   LAWRENCE K. KARLTON
                                   SENIOR JUDGE
                                   UNITED STATES DISTRICT COURT
```