1  JEFFREY D. POLSKY, State Bar No. 120975
2  CRISTINA ARMSTRONG, State Bar No. 246156
   FOX ROTHSCHILD LLP
3  235 Pine Street, Suite 1500
   San Francisco, CA 94104
4  Telephone: (415) 364-5540
   Facsimile:  (415) 391-4436
5
6  Attorneys for Defendant
   LOWE'S HIW, INC.
7

8              **UNITED STATES DISTRICT COURT**
9
             **FOR THE EASTERN DISTRICT OF CALIFORNIA**
10

| RONALD WILSON, | CASE NO. 2:09-CV-02079-LKK-GGH |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER EXTENDING TIME FOR FILING DISPOSITIONAL DOCUMENTS** |
| LOWE'S HIW, INC., a Washington Corporation, dba LOWE'S OF VACAVILLE #1143, and DOES ONE through FIFTY, inclusive. | |
| Defendants. | |

PDF created with pdfFactory trial version www.pdffactory.com

Upon receiving notice from the parties (plaintiff Ronald Wilson and defendant Lowe's HIW, Inc.) that they had reached a settlement, the court ordered the parties to file by October 22, 2009 documents disposing of the case. While they have reached agreement on all terms of the settlement, the parties are still in the process of executing the settlement documents and do not believe they will be able to meet that deadline. Therefore, the parties jointly request that the court grant them an additional 14 days to file documents disposing of this matter.

**IT IS SO STIPULATED,**

Dated: October ____, 2009               SINGLETON LAW GROUP

                                        By ___/s/_____
                                        JASON K. SINGLETON
                                        Attorneys for Plaintiff
                                        RONALD WILSON

Dated: October 21, 2009                 FOX ROTHSCHILD LLP


                                        By ___/s/_____
                                        JEFFREY D. POLSKY
                                        Attorneys for Defendant
                                        LOWE'S HIW, INC.

**[PROPOSED] ORDER EXTENDING TIME FOR FILING DISPOSITIONAL DOCUMENTS**

Having considered the parties stipulation, it is hereby ORDERED:

The court now orders that the dispositional documents disposing of the case be filed no later than fourteen (14) days from the effective date of this order. Failure to comply with this order may be grounds for the imposition of sanctions on any and all counsel or parties who contributed to the violation of this order.

Dated: October 23, 2009

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com