**JASON K. SINGLETON, State Bar #166170**
jason@singletonlawgroup.com
**RICHARD E. GRABOWSKI, State Bar #236207**
rgrabowski@mckinleyville.net
**SINGLETON LAW GROUP**
611 "L" Street, Suite A
Eureka, CA 95501
(707) 441-1177
FAX 441-1533

Attorney for Plaintiff, RONALD S. WILSON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD S. WILSON,<br><br>        Plaintiff,<br>v.<br><br>LOWE'S HIW, INC., a Washington Corporation, dba LOWE'S OF VACAVILLE #1143, and DOES ONE through FIFTY, inclusive,<br><br>        Defendants. | Case No. 2:09-CV-02079-LKK-GGH<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER** |

Plaintiff RONALD S. WILSON and Defendant LOWE'S HIW, INC., dba LOWE'S OF VACAVILLE #1143 (collectively "the Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

1.  The Parties have entered into a Confidential Settlement Agreement and General Release in this matter whereby they have resolved all claims and agreed to the dismissal of the above-captioned action with prejudice, each party to bear their own attorney fees and costs.

///

///

PDF created with pdfFactory trial version www.pdffactory.com

2. Accordingly, the Parties jointly request the Court to dismiss this action with prejudice.

**SINGLETON LAW GROUP**

Dated: October 30, 2009   /s/Jason K. Singleton
Jason K. Singleton,
Richard E. Grabowski, Attorneys for
Plaintiff, **RONALD S. WILSON**

**FOX ROTHCHILD LLP**

Dated: October 20, 2009   /s/ Jeffrey D. Polsky
Jeffrey D. Polsky, Attorney for Defendant,
**LOWE'S HIW, INC.**

### ORDER OF DISMISSAL WITH PREJUDICE

Having considered the parties' Stipulation of Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1. The action <u>RONALD S. WILSON v. LOWE'S HIW, INC., et al.</u>, Case Number 2:09-CV-02079-LKK-GGH, is dismissed with prejudice with each party to bear his or her own attorneys fees and costs.

Dated: November 3, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT